IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03183-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

LARRY RANGUS,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 30, 2014.**

Defendant's Motion to Dismiss [filed April 25, 2014; docket #20] is **denied without prejudice** for Defendant's failure to comply with Senior Judge Daniel's practice standards regarding page limitations. *See* WYD Practice Standards for Civil and Criminal Matters, § II.E. Defendant may re-file the motion in compliance with all applicable rules and practice standards on or before May 5, 2014.