IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-03183-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

LARRY RANGUS,

    Defendant.

---

## ORDER OF DISMISSAL

---

In accordance with Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of Larry Rangus filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on August 14, 2014 (ECF No. 36), it is

ORDERED that Defendant Larry Rangus and this action are **DISMISSED WITH PREJUDICE**.

Dated:  August 18, 2014

                                              BY THE COURT:

                                              s/ Wiley Y. Daniel
                                              Wiley Y. Daniel
                                              Senior United States District Judge